Garrett Charity, Esq.
Garrett.Charity@McCarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER HYCHE, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON CAPITAL SYSTEMS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC, <br><br> Defendants. | Case No.: 8:23-cv-01893-RGK-KES <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANTS JEFFERSON CAPITAL SYSTEMS, LLC AND TRANSUNION, LLC** |

Plaintiff hereby responds to the Court's Order to Show Cause re Dismissal for Lack of Prosecution. Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Jefferson Capital Systems, LLC ("Jefferson") and TransUnion, LLC ("TransUnion"). Plaintiff, Jefferson, and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Jefferson and TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against the remaining Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC remain pending.

Respectfully submitted December 20, 2023.

/s/ Garrett Charity
Garrett Charity, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Garrett Charity*