JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HYCHE.<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　Defendant(s). | Case No. 8:23-cv-01893-RGK-KESx<br><br>ORDER DISMISSING CERTAIN DEFENDANTS FOR LACK OF PROSECUTION |

On December 19, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [23], which extended the time for defendants Jefferson Capital Systems, LLC and TransUnion, LLC to respond to the operative complaint or for plaintiff to file a request for entry of default. On December 21, 2023, the Court continued the deadlines to respond to December 26, 2023 or request entry of default to December 28, 2023. The Court finds no good cause for the delay in Plaintiff's request for entry of default and orders defendants Jefferson Capital Systems, LLC and TransUnion, LLC dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 1/2/2024

　　　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE