Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER HYCHE,<br><br>　　　Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　Defendants. | Case No.: 8:23-cv-01893-RGK-KES<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

　　　Respectfully submitted January 12, 2024.

　　　　　　　　　　　　　　　　　　/s/ Garrett Charity
　　　　　　　　　　　　　　　　　　Garrett Charity, Esq.
　　　　　　　　　　　　　　　　　　McCarthy Law, PLC

4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Garrett Charity*