UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS6**

CIVIL MINUTES - GENERAL

| Case No. | 8:23-cv-01893-RGK-KESx | Date | January 24, 2024 |
|---|---|---|---|
| Title | Christopher Hyche v. Jefferson Capital Systems, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) ORDER

The parties having filed a Notice of Dismissal of Equifax Information Services, LLC [34] and a Stipulation to Dismiss Experian Information Solutions, Inc. [35], and said defendants being the only remaining defendants in this action, the Court hereby closes this action. All pending dates are vacated and taken off calendar.

IT IS SO ORDERED.

: 

Initials of Preparer   jre